

FILED
VANESSA L. ARMSTRONG, CLERK
MAR -6 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ROBERT D. KEY**

INDICTMENT

NO. 3:18CR-17 DJH

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 1014
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(False Statement to Obtain a Credit Union Loan)

On or about December 17, 2015, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, **ROBERT D. KEY,** the defendant, knowingly made a false statement for the purpose of influencing the actions of Park Community Credit Union, a Federal credit union whose accounts are insured by the National Credit Union Administration Board, in connection with a loan application to purchase a 2015 Chevrolet Tahoe, VIN: 1GNSKCKC5FR682171, from Jeff Wyler Louisville in the amount of $64,186.99, in that **ROBERT D. KEY** stated that he earned $120,000 per year and provided a fraudulent IRS Form 1040, for tax year 2014, stating that his adjusted gross income was $128,318, when in fact **ROBERT D. KEY** earned substantially less than $120,000 per year, and did not file an IRS Form 1040 tax return for tax year 2014.

In violation of Title 18, United States Code, Section 1014.

The Grand Jury further charges:

## COUNT 2
(False Statement to Obtain a Credit Union Loan)

On or about December 18, 2015, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, **ROBERT D. KEY,** the defendant, knowingly made a false statement for the purpose of influencing the actions of Kentucky Employees Credit Union, a Federal credit union whose accounts are insured by the National Credit Union Administration Board, in connection with a loan application to purchase a 2014 Chevrolet Silverado 2500HD 4WD, VIN: 1GC1KXE85EF173314, from Jeff Wyler Louisville in the amount of $41,537.90, in that **ROBERT D. KEY** stated that he earned $120,000 per year, when in fact **ROBERT D. KEY** earned substantially less than $120,000 per year.

In violation of Title 18, United States Code, Section 1014.

The Grand Jury further charges:

## COUNT 3
(False Statement to Obtain a Bank Loan)

On or about December 18, 2015, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, **ROBERT D. KEY,** the defendant, knowingly made a false statement for the purpose of influencing the actions of M & T Bank, a Federal Reserve bank whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with a loan application to purchase a 2016 Chevrolet Corvette Stingray Convertible, VIN: 1G1YM3D79G5103648, from Jeff Wyler Louisville in the amount of $67,097.40, in that **ROBERT D. KEY** stated that he earned $120,000 per year, when in fact **ROBERT D. KEY** earned substantially less than $120,000 per year.

In violation of Title 18, United States Code, Section 1014.

The Grand Jury further charges:

## COUNT 4
(False Statement to Obtain a Credit Union Loan)

On or about December 18, 2015, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, **ROBERT D. KEY,** the defendant, knowingly made a false statement for the purpose of influencing the actions of Kentucky Telco Credit Union, a Federal credit union whose accounts are insured by the National Credit Union Administration Board, in connection with a loan application to purchase a 2015 Chevrolet Silverado 3500HD 4WD, VIN: 1GC4K0E87FF632588, from Jeff Wyler Louisville in the amount of $54,699, in that **ROBERT D. KEY** stated that he earned $120,000 per year, when in fact **ROBERT D. KEY** earned substantially less than $120,000 per year.

In violation of Title 18, United States Code, Section 1014.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 1014, as alleged in Counts 1 through 4 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ROBERT D. KEY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds

defendant obtained, directly or indirectly, as a result of the violations alleged in Counts 1 through 4 of this Indictment.

A TRUE BILL.

_____
FOREPERSON

*[signature: R.M. Coleman]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:DPK:03/07/18

UNITED STATES OF AMERICA v. **ROBERT D. KEY**

## PENALTIES

Counts 1-4:  NM 30 yrs./$1,000,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville

THE UNITED STATES OF AMERICA
vs.

**ROBERT D. KEY**

## INDICTMENT

Counts 1-4 – False Statement
to Obtain a Credit Union Loan:
18 U.S.C. §1014

Forfeiture

*A true bill.*

*Foreperson*

*Filed in open court this 6th day of March, 2018.*

*Clerk*

*Bail, $*

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAR -8 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY